IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 27 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-02208-ZLW

DAVID NOLAND,

    Plaintiff,

v.

JOE ORTIZ,
CORRECTIONAL CORPORATION OF AMERICA,
PHIL BRIMMER, and
JOHN VENTURA,

    Defendants.

___

ORDER DENYING MOTION FOR RECONSIDERATION

___

On January 24, 2006, Plaintiff David Noland filed *pro se* with the Court a motion titled "Motion for Rehearing." In the motion, Mr. Noland asks the Court to reconsider the Order and Judgment of Dismissal filed on January 6, 2006, in the instant action. The Court must construe the motion liberally because Mr. Noland is proceeding *pro se*. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motion will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). A motion for reconsideration filed more than ten days after the final

judgment in an action should be considered pursuant to Rule 60(b). *See id.* at 1243. Mr. Noland's motion, which was filed more than ten days after the Court's January 6, 2006, Order and Judgment of Dismissal, will be construed as a motion for reconsideration filed pursuant to Fed. R. Civ. P. 60(b). Relief under Rule 60(b) is appropriate only in extraordinary circumstances. *See Massengale v. Oklahoma Bd. of Examiners in Optometry*, 30 F.3d 1325, 1330 (10th Cir. 1994).

In the instant action, Mr. Noland asserted three claims. The Court dismissed claims one and two without prejudice as barred by the rule in *Heck v. Humphrey*, 512 U.S. 477 (1994), and dismissed claim three with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) as legally frivolous. Mr. Noland's motion for reconsideration fails to provide any extraordinary circumstances that would justify a decision to vacate the order of dismissal in this action. The motion for reconsideration will be denied. Accordingly, it is

ORDERED that the motion titled "Motion for Rehearing" that Plaintiff David Noland filed *pro se* on January 24, 2006, and which the Court has construed liberally as a motion filed pursuant to Fed R. Civ. P. 60(b), is denied.

DATED at Denver, Colorado, this 27 day of January, 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-02208-BNB

David Noland
Prisoner No. 92376
Fremont Corr. Facility
PO Box 999 – 6 Upper - D-6
Canon City, CO 81215-0999

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  1/27/06

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk